# United States Bankruptcy Court

District of Arizona
Case No. 4:11-bk-24044-JMM
Chapter 7

In re: Debtor(s) (including Name and Address)

BARRETT JAMES WEINBERGER
13814 HERITAGE CANYON
MARANA AZ 85658

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/19/2013.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 12: GE Capital Retail Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/24/13

George Prentice
**CLERK OF THE COURT**

In re:                                                            Case No. 11-24044-JMM
BARRETT JAMES WEINBERGER                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0970-4          User: estrellam          Page 1 of 2          Date Rcvd: Jan 22, 2013
                             Form ID: trc              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11092005      E-mail/PDF: rmscedi@recoverycorp.com Jan 23 2013 08:14:28      GE Capital Retail Bank,
         c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jan 24, 2013**                    **Signature:**  _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2013 at the address(es) listed below:
          ALBERT  BLANKENSHIP    on behalf of Debtor BARRETT WEINBERGER azal@azgalaxyonline.com
          C HAY-MIE CHO    on behalf of Creditor  City of Tucson ,  terri.lawrence@tucsonaz.gov
          KIM RENE LEPORE    on behalf of Creditor  CITIBANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE BEAR
           STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 klepore@wrightlegal.net
          LEONARD J. MCDONALD    on behalf of Creditor  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           ecf@tblaw.com
          MARTY G. BAKER    on behalf of Creditor  CITIBANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE BEAR
           STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 m.baker@hopplawfirm.com
          MICHAEL M. NEAL    on behalf of Trustee STANLEY KARTCHNER mmnealpc@qwestoffice.net
          STANLEY J KARTCHNER    trustee@aztrustee.com,
           skartchner@ecf.epiqsystems.com;michelle.duron@aztrustee.com;sunny.duron@aztrustee.com;toni_christ
           ensen@azb.uscourts.gov
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                        TOTAL: 8